# EXHIBIT E



Document title: St. Vinny's Recognized as Best Thrift Store - Greater Madison Chamber of Commerce | Greater Madison Chamber of Commerce
Capture URL: http://greatermadisonchamber.com/2014/members/st-vinnys-recognized-best-thrift-store/
Capture timestamp (UTC): Wed, 16 Aug 2017 20:02:07 GMT

Page 1 of 1

Society_00302



| | |
|---|---|
| Document title: | St. Vinny's Recognized as Best Thrift Store - Greater Madison Chamber of Commerce \| Greater Madison Chamber of Commerce |
| Capture URL: | http://greatermadisonchamber.com/2014/members/st-vinnys-recognized-best-thrift-store/ |
| Captured site IP: | 66.170.6.138 |
| Page loaded at (UTC): | Wed, 16 Aug 2017 20:01:58 GMT |
| Capture timestamp (UTC): | Wed, 16 Aug 2017 20:02:07 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/692146 |
| User: | ghg-litsupport |

PAGE VAULT PDF REF#: ob5pGUDeqk9g7W3trza2Pk

**Society_00303**

**ConnectStoughton.com** — Covering Stoughton, WI

# St. Vinny's to move into former car dealership

By Derek Spellman  May 13, 2013  0

Stoughton's St. Vincent de Paul thrift store will be moving east this fall.

The Society of St. Vincent de Paul last week acquired the former Stoughton Motors used car dealership, 1509 U.S. Highway 51/138, with plans to relocate there in the coming months.

The Stoughton thrift store, one of six the Society's District Council of Madison operates in Dane County, has been at its current location at 111 W. Jefferson St. since it opened in 1991. The council is hoping the new, expanded location–about a mile away and on the city's busiest thoroughfare – will improve the store's visibility and sales.

"We're grateful to Stoughton," Ralph Middlecamp, executive director for the Society's District Council of Madison, said in a news release. "Our store here has continued to produce revenue to support our mission and has long offered direct charity to the local people in need who are assisted by our conference members from St. Ann Parish.

"Our off-the-beaten-path location, however, has led to relatively flat sales growth over several years. We expect our new location will change that this fall."

The current store was located in a former supermarket but behind both a shopping strip and parking lot. By contrast, the store's new home will put it alongside a road with a traffic count of almost 16,000 vehicles per day.

The Stoughton Motors dealership, which is part of Stark Automotive, has been closed since last year, when Stark moved those vehicles to its dealership at 1423 U.S. Highway 51.

The society will continue to operate at its current location in Stoughton for the next four to five months



NEXT UP
First Choice Dental opens new clinic
First Choice Dental opened a new clinic in Stoughton at 1300 Nygaard St. on Mond...

This week's e-edition

SH0817

Most popular

Articles

- Council approves ...
- Wrestling: Dow be...
- Landmarks Comm... on Highway Traile...
- Jonathan J. Halve...
- Suzanne R. Nyha...

The Stoughton Motors dealership, which is part of Stark Automotive, has been closed since last year, when Stark moved those vehicles to its dealership at 1423 U.S. Highway 51.

The society will continue to operate at its current location in Stoughton for the next four to five months while the dealership is being remodeled and its showroom and service bays converted into retail floor space for clothing, furniture and other donated gently used goods, the society said.

Once that work is complete, the Stoughton store will move from an 8,250-square-foot building with 5,650 square feet of floor space to a building with more than 18,000 square feet, about 15,500 of which will be sales floor space. The Stoughton store also will go from the smallest of the six Dane County locations to among the largest, and the society plans to add Sunday hours once it opens at its new location.

The Stoughton move will also be the second time in the last couple years that the society has moved one of its thrift stores into a former car dealership. In September 2011, the Verona thrift store moved into the former John Erickson Chevrolet building at 513 W. Verona Ave.

"Our experience in taking an auto sales and repair space and turning it into a large and successful thrift store helps gives us the confidence that we can do it well again," Middlecamp said in the news release.

The Society of St. Vincent de Paul's stores, popularly known as "St. Vinny's," sells donated materials such as clothes, shoes, small appliances, books and furniture. The society in turn uses the proceeds from those sales to help local people in need.

St. Vincent de Paul's Dane County stores not only sell gently used items to the general public but also provide materials such as clothing, bedding and housewares to needy families free of charge through a voucher system.

Last year, through its stores and through a central service center and food pantry, St. Vincent de Paul provided Dane County needy families with direct aid valued at more than $2.28 million, the society said in the release.

The public can still drop off materials for donation to the Stoughton St. Vinny's at its current location. An announcement will be made later about when the new location will begin accepting donations.

## Sponsored Content


**Decades After 'Bonanza', Hoss Cartwright Finally Reveals His Big Secret**
Definition


**Psoriatic Arthritis: The Most Common Symptoms**
Yahoo! Search


**How To Fix Aging Skin (Do This Every Day)**
Health Headlines


**There's A Good Reason Why "Magnum P.I." Was Taken Off The Air**
President mommy


**Why Doctors In The Know No Longer Prescribe Blood Pressure Meds**
vibranthealthnetwork


**Drivers With No Tickets In 3 Years Are In For A BIG Surprise**
Comparisons.org

### Sponsored Content
- Why Women Everywhere Are Investing In This Blowdryer — DermStore
- [Important!] Don't Pay Your Mortgage Before

### Trending Now
- Mowing, maintenance debated
- Light up, Verona
- Council approves land purchase of 55 acres on southeast side

---

- Landmarks Commission to hold public hearing on Highway Trailer
- Jonathan J. Halverson
- Suzanne R. Nyhagen
- Kyle W. Monroe
- Mary E. Smithback
- Using public funds to save house is "irresponsible"
- Landmarks Commission responds to public, postpones Highway Trailer decision
- 'Pee and move on'

## Tweets by @CourierHub

**StoughtonCourierHub** @CourierHub
Landmarks Commission tables whether to designate Highway Trailer building a Local Landmark until the city has riverfront redevelopment plan.
Aug 11, 2017

**StoughtonCourierHub** @CourierHub
Did you take any photos of storm damage this morning? Email them to

Embed — View on Twitter

## Calendar of Events

### AUGUST 2017

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | **16** | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

Browse — Today's events — Submit

## Recent comments

- **Yee** said:
  The businesses might be celebrating getting some business back that has been lost the entire summer. This is a joke of a project.. no improvement on …

- **pete029** said:
  A celebration is planned? For what? To celebrate being cheap and short-sighted enough to redo the road with asphalt instead of concrete? The truck tr…

- **John S** said:
  This plan proposal would be a disaster for the city and town of Verona. As the Project Manager, Jason Valerius ,stated this plan proposal is atypical…

- **pxtaylor** said:
  Can we get a good 

- **KMCC1122** said:
  I applaud Alds. Diaz, the loss of affordable Sugar Creek Commo

- **DAB** said:
  How can you report referendum as "Yet



PREV — NEXT

Document title: St. Vinny&#39;s to move into former car dealership | Business | unifiednewsgroup.com
Capture URL: http://www.unifiednewsgroup.com/stoughton_courier_hub/business/st-vinny-s-to-move-into-former-car-dealership/article_08325604-c1cb-524f-a8d5-…
Capture timestamp (UTC): Wed, 16 Aug 2017 20:02:37 GMT
Page 2 of 3

Society_00305





There's A Good Reason Why "Magnum P.I." Was Taken Off The Air
President mommy

Why Doctors In The Know No Longer Prescribe Blood Pressure Meds
vibranthealthnetwork

Drivers With No Tickets In 3 Years Are In For A BIG Surprise
Comparisons.org

**Sponsored Content**

- Why Women Everywhere Are Investing In This Blowdryer
  DermStore
- [Important!] Don't Pay Your Mortgage Before Reading This!
  smartfinancialdaily
- Wedding Dress Designers Every Woman Should Know About
  TimeOut
- These Real Titanic Photos Are Simply Heartbreaking
  Standard News
- Try This Every Day to Regrow Hair Fast (Watch)
  SmarterConsumerTips
- How To: 'Fix' Crepey Skin
  Health Headlines

**Trending Now**

- Mowing, maintenance debated
- Light up, Verona
- Council approves land purchase of 55 acres on southeast side
- Brickner well prepared to lead Oregon Senior Center
- An afternoon on the prairie
- Landmarks Commission responds to public, postpones Highway Trailer decision

Recommended by Outbrain

Sponsored Links by Taboola



10 Fastest Street Legal Motorcycles
www.AllMotorNews.com

Want a Better Future? Check Out These Top College Degrees Offers!
College Degrees Ads

Why Chicago Companies Are Rushing To Switch Phone Systems
Compare VoIP Systems

- **John S** said:
  This plan proposal would be a disaster for the city and town of Verona. As the Project Manager, Jason Valerius ,stated this plan proposal is atypical…

- **pxtaylor** said:
  Can we get a good old diner????

- **KMCC1122** said:
  I applaud Alds. Diaz, Doyle and Reekie for bringing up the loss of affordable housing that would occur if the Sugar Creek Commons project passes as i…

- **DAB** said:
  How can you report the tax increase from the referendum as, "Yet neither would create a tax rate increase of more than $1 next year." Yes,…

- **DAB** said:
  Good luck to downtown Stoughton businesses as this Walmart SuperCenter opens. There have been many towns which have suffered significant downtown bl…

- **TH** said:
  If a super majority of the city council constitutes a 'small gang of political cronies', then clearly they are all the problem, not the mayor. If al…

- **Randyman** said:
  It looks to me this lace could use a good clean up. Then some remodeling could help. I am sure that this place could be fixed up and expanded for far…

- **Randyman** said:
  He don't seem like a leader to me.

**NEXT UP**

First Choice Dental opens new clinic
First Choice Dental opened a new clinic in Stoughton at 1300 Nygaard St. on Mond...



💬 **(0) comments**

Welcome to the discussion.

Log In

**Sections**
- Home
- Community
- News
- Sports
- Schools
- Business
- e-Edition
- Opinion
- Photo Gallery
- Online Features

**Services**
- About Us
- Contact Us
- Rack Locations
- Media Kit
- Subscription Services
- Submission Forms
- Classifieds
- Search
- Weather
- Place a classified ad
- Submit an ad file

**ConnectStoughton.com**
Covering Stoughton, WI

**Contact Information**

Stoughton Courier Hub
135 W Main St.
Stoughton, WI 53589
**Phone:** 608-873-6671
**Email:** stoughtoneditor@wcinet.com

**Follow Us**
 

© Copyright 2017 unifiednewsgroup.com, 133 Enterprise Drive Verona, WI | Terms of Use | Privacy Policy    Powered by BLOX Content Management Sys…



---

Document title: St. Vinny&#39;s to move into former car dealership | Business | unifiednewsgroup.com
Capture URL: http://www.unifiednewsgroup.com/stoughton_courier_hub/business/st-vinny-s-to-move-into-former-car-dealership/article_08325604-c1cb-524f-a8d5-…
Capture timestamp (UTC): Wed, 16 Aug 2017 20:02:37 GMT                                                                                                                Page 3 of 3

**Society_00306**



| | |
|---|---|
| Document title: | St. Vinny's to move into former car dealership \| Business \| unifiednewsgroup.com |
| Capture URL: | http://www.unifiednewsgroup.com/stoughton_courier_hub/business/st-vinny-s-to-move-into-former-car-dealership/article_08325604-c1cb-524f-a8d5-a037781bf5f8.html |
| Captured site IP: | 192.104.183.109 |
| Page loaded at (UTC): | Wed, 16 Aug 2017 20:01:58 GMT |
| Capture timestamp (UTC): | Wed, 16 Aug 2017 20:02:37 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/692147 |
| User: | ghg-litsupport |

PAGE VAULT PDF REF#: bpD35zD7Xc7bcrmJB3viLF

Society_00307

**QUICKEN LOANS URGES AMERICANS TO SWITCH TO A 15-YEAR FIXED**

If you owe less than $625,500, you may be shocked by how much Quicken Loans can reduce your monthly mortgage payment. Try this radically simple mortgage experience and see if you can lock in a crazy low rate that will never rise.

TAP ANYWHERE TO CALCULATE NEW HOUSE PAYMENT

QuickenLoans NMLS #3030

FEATURED

# St. Vincent de Paul stores contribute to region on multiple levels

ED LEGGE elegge@wiscnews.com   Jul 25, 2017



The Mauston St. Vincent de Paul was "twinned" a few years ago by the St. Vincent "charter" in Wisconsin Dells.

ED LEGGE/Dells Events

**St. Vincent de Paul Society Locations**

**Baraboo**

100 South Blvd.

608-356-4649

https://www.facebook.com/stvincentdepaulbaraboo

**Mauston**

925 W State St

608-847-6235

https://www.facebook.com/St-Vincent-de-Paul-Mauston-354050491376147/

**Portage**

Some places become so common in communities, everyone expects a city to have one.

They even have a nickname.

When people talk about St. Vinny's, they're referring to the Society of St. Vincent de Paul and its resale and donation sites in Baraboo, Mauston, Portage, Reedsburg, Prairie du Sac and Wisconsin Dells.

The society's resale stores offer an almost infinite array of gently used – and sometimes new – clothing, furniture, household items and knick-knacks, from vintage lunch boxes and typewriters to pup tents and lawn maintenance

MAKE YOUR WORDS ECHO INTO THE FUTURE. Join us at Teach.org TEACH

AUTISM SPEAKS It's time to listen. Learn the signs

CHOBANI Just a bunch of good stuff BLUEBERRY ON THE BOTTOM CHOBANI GREEK YOGURT

Close Ad

---

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT

Page 1 of 11

Society_00308



354050491376147/

**Portage**

1311 W. Wisconsin St.

608-742-5513

http://svdpportage.org/

**Prairie du Sac**

815 19th St.

608-643-8905

http://stvdpsaukprairie.com/

**Reedsburg**

675 S. Albert Ave.

608-524-7714

https://www.facebook.com/St-Vincent-de-Paul-Reedsburg-410899359049138/

**Wisconsin Dells**

W15210 State Road 16

608-254-4011

https://www.facebook.com/St-Vincent-De-Paul-Wisconsin-Dells-785561281527478/

Five Sisters Resale Boutique

741 Superior St.

608-254-4012

https://www.facebook.com/fivesisters.resale.boutique

you would know if you interviewed me whether I would indeed be the kind of person you are looking for.

---

**MORE INFORMATION**



St. Vincent de Paul Society locations

 A 365-night sleep trial on a new mattress

---

household items and knick-knacks, from vintage lunch boxes and typewriters to pup tents and lawn maintenance equipment.

The stores receive and sort an array of donated items, some of which cannot be resold because of condition or other issues.

Some donated items never make it to the resale floor or local recycling bins, and those items — as well as every cent of profit each local Society of St. Vincent generates from its resale efforts — have a higher purpose. One that bespeaks the sole reason all these stores exist.

That purpose, as first established in the early 17th century in France by a law-student turned pastor is straightforward and likely never to change: To serve those in need.



Julia Bauer, foreground, and Shannon Manthey prepare newly donated items for display in the Mauston St. Vincent de Paul re-sale store.

ED LEGGE/Dells Events

### Giving help

Whether the St. Vinny's in question is the century-old Baraboo conference of St. Vincent de Paul or the five-year-old Mauston conference formed almost exactly 100 years later – that single, simple function is unchanging.

"We serve and help the poor," said Chris Fearing, executive director of the Wisconsin Dells Society of St. Vincent de Paul, which earlier this year marked its 30th anniversary.

Each of the region's St. Vincent conferences operates autonomously and is sustained largely from profits derived from their resale stores. They also accept and receive financial donations, but unlike many non-profit organizations with national and world-wide reach, each local St. Vincent de Paul Society conference is 100 percent self-sustaining and self-governing.

The five St. Vincent conferences all trace their lineage back to Baraboo and the humblest of beginnings — a rectory closet inside St. Joseph Catholic Church.



---

 

**RECOMMENDED**

STATE-AND-REGIONAL — What's rarer than a total solar eclipse? Finding a pair of eclipse glasses

COMMUNITY — Community Calendar 8/16/17

 

REGIONAL NEWS — This Dodge County Fair judge won't stop judging

EDUCATION — Portage schools to implement new teacher compensation program



© 2017 Lee Enterprises | Terms | Privacy

× Close Ad

---

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT
Page 2 of 11

Society_00309



Chris Kleifgen-Fearing of Wisconsin Dells' St. Vincent de Paul Society provides a hot meal and a warm smile to a resident of Stepping Stone.

ED LEGGE/Dells Events


BUY NOW

## The beginning

When Pastor Edward C. O'Reilly arrived in town as the third pastor of St. Joseph Catholic Church in 1911, "one of this first tasks was to form a society to help the poor," according to a regional history of the St. Vincent Society written by Mike Grogan, long-time manager for the Baraboo store at 100 South Blvd.

With the rectory closet serving as the region's first St. Vinny site, support from such local citizens as Carl Hoffman and M.J. Coughlin and fundraising by area organizations like the Knights of Columbus, the Holy Name Society and the Baraboo Eagles, the Baraboo St. Vincent Society became a reliable source for assistance to those in need.

"At times, the treasury has been low but, by the Grace of God, the society has never been broke," O'Reilly once declared, according to Grogan's written history. "It never was forced to turn down a request in urgent need."

The Baraboo conference eventually grew to offer assistance to those in need across the entire region, its reach stretching as far north as Mauston and Montello, west to Reedsburg and Richland Center, south to Mazomanie and Spring Green and east to Pardeeville and Rio.

The Baraboo St. Vincent eventually spawned several other local, autonomous conferences — a process known as "twinning — and all of the region's five societies can trace their roots directly or indirectly back to Baraboo.



© 2017 Lee Enterprises | Terms | Privacy

× Close Ad

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT
Page 3 of 11

Society_00310


Portage St. Vincent General Manager Tricia Pionke describes the value of the food pantry's extensive condiment supply.
ED LEGGE/Dells Events

BUY NOW

### Stores expand

The Portage St. Vincent Society opened a retail store in 1973, Wisconsin Dells opened its first store in 1989 and Sauk City opened in 1994. The Mauston conference was twinned by the Dells conference in 2011. The current Reedsburg branch of St. Vincent is a twin in progress and still under the management and oversight by the Baraboo conference, with a goal of autonomy and self-sufficiency in the future.

Each St. Vincent conference determines how best to serve local needs, with profits from the stores and any financial donations going back to their respective communities. This means each St. Vincent Society's assistance possibilities are unique to its location.

### Unique variances

This explains why the Sauk Prairie St. Vincent Society provides medical and dental care and addiction assistance at a building just behind its resale store in Prairie du Sac.

The Portage St. Vincent operates a food shelf, and the Wisconsin Dells St. Vincent founded and manages transitional housing at the Stepping Stone apartment complex on Vine Street.

Resale offerings at St. Vincent sites across the region also vary widely, as does each society's approach to resale.

In addition to its traditional resale site on Highway 16, the Dells St. Vincent operates an upscale retail boutique on Superior Street downtown.

The Sauk Prairie resale store includes antique and vintage goods sections as well as a new line of artisan-made repurposed furniture items.

All St. Vincent locations provide clothing and financial assistance for expenses from those who have lost a job, need help on a mortgage or other hardships.

"The uncertainties in life 30 years ago" gave Chris Kleifgen-Fearing a perspective that led her to the life of a "Vincentian," the term used to describe those who have committed themselves to the ways of St. Vincent de Paul, the patron saint of all charities.


© 2017 Lee Enterprises | Terms | Privacy
× Close Ad



Employee Mary Rusk helps a customer at the checkout counter July 20 at the St. Vincent de Paul Thrift Store in Reedsburg.
HEATHER STANEK/Times-Press

### A way of life

Kleifgen-Fearing serves as executive director for the Dells St. Vincent de Paul Society, and her life experience three decades ago resulted in what she believes was a "call" to serve.

"Being a Vincentian is not something I do, it's something I am," Kleifgen-Fearing said. "I may need the help someday, but until then I'm able to give help."

In true Vincentian fashion, Kleifgen-Fearing walks the talk on a regular basis, with a recent rainy morning in the downtown Dells providing a vivid example.

Just before lunchtime, she sets out from her office in the basement of St. Cecilia Catholic Church near downtown, driving to nearby Spring Hill School to pick up a supply of hot lunches prepared by the food services staff there as part of the Dells-Delton area's summertime free lunch program.

The next stop is the site of Stepping Stone apartment complex on Vine Street, where Kleifgen-Fearing braved a driving rainstorm to deliver those lunches to the children who live there.

The Vincentian commitment to service apparently is contagious, whether one's "calling" comes early in life or professional circumstances simply lead to a position managing the store.

Baraboo and Reedsburg store manager Mike Grogan and Sauk Prairie St. Vincent assistant manager Jarrod Vande Hey both fall into the former category, having begun as volunteers on the way to long-term, permanent employment.

Mauston St. Vincent Store Manager Stacy Hartje, Portage St. Vincent General Manager Tricia Pionke and Reedsburg assistant manager Mike Sauey all joined their local Vincentian effort after careers in retail or food and beverage.

All of them leave no doubt as to the deeply meaningful effect their professional association with the Society of St. Vince de Paul has had on their respective lives.

"It's by far the most rewarding thing I've ever done," Pionke


zulily
tunics from $12.99
deal ends soon
SHOP NOW
© 2017 Lee Enterprises | Terms | Privacy
× Close Ad

Paul has had on their respective lives.

"It's by far the most rewarding thing I've ever done," Pionke said.

"I love my job every day," Sauey said.

Dedicated full- and part-time employees are crucial to the region's Vincentian effort, as are countless volunteers across the regions who pitched in to help from the very beginning.

The National Council of the U.S. for the Society of St. Vincent de Paul estimates a national volunteer-to-staff ratio of 16 to 1 and the region's St. Vincent de Paul Societies always can use more volunteer help.

"Our task hasn't diminished," Kleifgen-Fearing said. "It's increased in today's society."

   

Tags  Economics  Vincent De Paul Society  Resale  Store  Commerce  Society  Chris Fearing  Reedsburg Store

**Ed Legge**


⭐ FOLLOW ED LEGGE



REGIONAL NEWS

### Juneau County hopes to sell land to USDA

1 hr ago

Juneau County is hoping to sell a nearly one-acre parcel of land to be used by the U.S. Depa…





REGIONAL NEWS

### Sauk Prairie set for 43rd Cow Chip Throw and Festival

3 hrs ago

Some see it as a little unusual, but to the thousands of people who flock to the Sauk Prairi…



REGIONAL NEWS

### Wisconsin Department of Justice has begun investigation into former Sauk County Highway Commissioner Steve Muchow

3 hrs ago

A Wisconsin Department of Justice spokesman confirmed Tuesday that the agency has begun its …



A Wisconsin Department of Justice spokesman confirmed Tuesday that the agency has begun its …



REGIONAL NEWS

### Work on Columbus school playgrounds, gym floor near completion

5 hrs ago

With summer winding down, work on the Columbus School District's facilities is beginning to …



STATE-AND-REGIONAL

### What's rarer than a total solar eclipse? Finding a pair of eclipse glasses

Updated 6 hrs ago

With the solar eclipse less than a week away, a frenzy of hopeful viewers has scooped up most of the specialized glasses needed to avoid eye damage, making it nearly impossible to find a pair nationally, online or at Madison retailers.





REGIONAL NEWS

### This Dodge County Fair judge won't stop judging

7 hrs ago

Becky Gutzman has been a fair judge for 45 years — 30 of them with the Dodge County Fair — a…

REGIONAL NEWS

### Zion Church and School to hold summer picnic Aug. 27

14 hrs ago

The Columbus community is invited to join Zion Lutheran Church and School at their annual pi…



REGIONAL NEWS

### Dodge County supervisors approves positions and title changes

16 hrs ago

JUNEAU — Dodge County's recreational patrol officer for will now be titled as a deputy after…



REGIONAL NEWS

### Oak Ridge Boys bring decades of hits, four-part harmonies to Dodge County Fair

× Close Ad

hits, four-part harmonies to Dodge County Fair

18 hrs ago

The Oak Ridge Boys will bring their stage show filled with four-part harmonies and hit songs...



AREA NEWS

### Portage man wins $50,000 in Powerball

21 hrs ago

A Portage man won $50,000 in the Aug. 9 Powerball drawing, according to the Wisconsin Lottery.



REGIONAL NEWS

### Donations critical to Project Lifesaver in Sauk County

21 hrs ago

Donations are critical to a program that keeps vulnerable Sauk County youths and seniors safe.





AREA NEWS

### Police notebook for August 14, 2017

22 hrs ago

Information is taken from the records of the Portage Police Department and does not represen...

REGIONAL NEWS

### Second wrongful death suit filed against Ware

22 hrs ago

JUNEAU — A second wrongful death suit was filed last week against Laverne Ware Jr., who has ...





REGIONAL NEWS

### Tourism drives area economies: Outdoor recreation, natural beauty and history lure visitors

22 hrs ago

Tourism continues to be an important economic driver in Wisconsin and the state's south-cent...

× Close Ad



REGIONAL NEWS

### Wisconsin residents prepare for

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT

Page 8 of 11

Society_00315


MENU | News | Sports | Opinion | Obituaries | Events | Classifieds | 82°



REGIONAL NEWS

### Wisconsin residents prepare for rare solar eclipse event

22 hrs ago

Millions of Americans are traveling to a narrow stretch of land spanning from Oregon to Sout...



REGIONAL NEWS

### Beaver Dam music store hits high notes

23 hrs ago

If it has anything to do with music, you'll find it at B&D Music Center, 127 Front St, ...



REGIONAL NEWS

### New Lisbon School District talks potential building improvements

23 hrs ago

The New Lisbon building committee shared its plan to fix several maintenance issues within t...



REGIONAL NEWS

### Young Mauston business owner opens flower shop

Aug 15, 2017

Kaitlyn Lenorud is getting a rare opportunity at a young age.



REGIONAL NEWS

### Dells youngster donates birthday proceeds to Kilbourn firefighters

Aug 15, 2017

Not every six-year-old gets a to ride in a fire truck on the occasion of her birthday, but n...





REGIONAL NEWS

### WEDNESDAY AT THE FAIR

Aug 15, 2017

ADMISSION: Admission is $7 before 2 p.m.; or $10 after 2 p.m. Children 9 and under are free....

× Close Ad



REGIONAL NEWS

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT
Page 9 of 11

Society_00316



**REGIONAL NEWS**

### Reedsburg commission approves $3k for Fermentation Fest

Aug 15, 2017

The Reedsburg Room Tax Commission signed off on $3,000 for Fermentation Fest, $2,000 less th…





**REGIONAL NEWS**

### Dells H.H. Bennett contest, exhibit welcomes photographers of all levels

Aug 15, 2017

WISCONSIN DELLS –Local photographers have a chance to make a dream come true.



**REGIONAL NEWS**

### Proposed skate spot tabled by Prairie du Sac Parks Committee

Aug 15, 2017

Although most residents who attended the Aug. 15 Prairie du Sac Parks Committee meeting said…





**REGIONAL NEWS**

### Former Spruce Street School demolished in Sauk City

Aug 15, 2017

Residents in the neighborhood of the former Spruce Street School are seeing a lot of action …



**REGIONAL NEWS**

### April trial set in Fox Lake homicide

Aug 15, 2017

JUNEAU — A two-week jury trial was scheduled Tuesday after Laverne Ware Jr. pleaded not guil…





**REGIONAL NEWS**

### Dells School District mulls referendum

Aug 15, 2017

× Close Ad





referendum

Aug 15, 2017

The Wisconsin Dells School Board Monday evening discussed a possible $29.9 million referendu...

GALLERIES

### GALLERY: Juneau County Fair Day 1

Aug 15, 2017

A photo gallery of the first day of the Juneau County Fair August 13. The first day consiste...



BRIEF

### Columbus library to host Brain Health as You Age program

Aug 15, 2017

The Columbus Public Library will host a Brain Health as You Age program on Thursday, Sept. 1...



GALLERIES

### GALLERY: Juneau County Fair Day 2

Aug 15, 2017

A photo gallery of day two of the Juneau County Fair which consisted of the Junior Show.





REGIONAL NEWS

### Pig pals show swine skills at Wisconsin State Fair

Aug 15, 2017

A Dodge County 4-H member shared his skills with another youth at a new swine event Aug. 3 a...

REGIONAL NEWS

### Columbus Cub Scouts Pack 99 will host informational session Sept. 7

Aug 15, 2017

Adventure is calling! Cub Scouts Pack 99 will host an informational session at the Scout Cab...





REGIONAL NEWS

### At Larson House, robot seal will

Document title: St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com
Capture URL: http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html
Capture timestamp (UTC): Wed, 16 Aug 2017 20:04:46 GMT
Page 11 of 11

Society_00318



| Document title: | St. Vincent de Paul stores contribute to region on multiple levels | Regional news | wiscnews.com |
| --- | --- |
| Capture URL: | http://www.wiscnews.com/wisconsindellsevents/news/local/article_eed7b4fb-96cc-5812-a92c-289999cc7e32.html |
| Captured site IP: | 192.104.182.209 |
| Page loaded at (UTC): | Wed, 16 Aug 2017 20:04:07 GMT |
| Capture timestamp (UTC): | Wed, 16 Aug 2017 20:04:46 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 12 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/692153 |
| User: | ghg-litsupport |

PAGE VAULT PDF REF#: rsov7tff8YLp3TNaFViiCY

Society_00319