# EXHIBIT L

| | |
|---|---|
| Document title: | About \| Mid-State Technical College |
| Capture URL: | http://www.mstc.edu/about |
| Captured site IP: | 198.150.45.156 |
| Page loaded at (UTC): | Fri, 13 Oct 2017 02:23:12 GMT |
| Capture timestamp (UTC): | Fri, 13 Oct 2017 02:23:26 GMT |
| Capture tool: | v5.3.1 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/54.0.2840.99 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/732575 |
| User: | ghg-litsupport |

PAGE VAULT PDF REF#: ox4vEjt3ozoX2oE796owVK



Document title: About | Mid-State Technical College
Capture URL: http://www.mstc.edu/about
Capture timestamp (UTC): Fri, 13 Oct 2017 02:23:26 GMT
Page 1 of 1